

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Yosender Antonio Maldonado-Rojas, Appellant | Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1927026). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |
| No. 06-19-00184-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Yosender Antonio Maldonado-Rojas, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk